IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| THOMAS JAMES YATES, #1239172 | § |
| | § |
| V. | §   CIVIL ACTION NO. G-05-646 |
| | § |
| DOUG DRETKE, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE, CORRECTIONS | § |
| INSTITUTIONS DIVISION | § |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 8th day of March, 2006.

_____
Samuel B. Kent
United States District Judge